```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x
                                 :
UNITED STATES OF AMERICA         :    INFORMATION
                                 :
          - v. -                 :    08 CRIM. 0042    (CLB)
                                 :
JOHN GARAY,                      :
                                 :
          Defendant.             :
                                 :
- - - - - - - - - - - - - - - - x
```

ORIGINAL

## COUNT ONE

The United States Attorney charges:

1. From in or about November 2006 through in or about July 31, 2007, in the Southern District of New York and elsewhere, JOHN GARAY, the defendant, unlawfully, willfully, and knowingly did possess any book, magazine, periodical, film, videotape, computer disk, and any other materials that contained images of child pornography that had been mailed, and shipped and transported in interstate and foreign commerce by any means, including by computer, and that was produced using materials that had been mailed, and shipped and transported in interstate and foreign commerce by any means, including by computer, to wit, computer files containing images of child pornography.

(Title 18, United States Code, Section 2252A(a)(5)(B).)

_____
MICHAEL J. GARCIA
United States Attorney