UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

    -against

**JOHN GARAY**

                                                08 Cr 0042(CLB)

                              **ORDER ACCEPTING PLEA ALLOCUTION**

**BRIEANT, J.**

      The Court has reviewed the transcript of the plea allocution in the above entitled case, the charging papers, and all other pertinent parts of the record. The Report and Recommendation of the Honorable Mark D. Fox, United States Magistrate Judge, dated, January 16, 2008 is approved and accepted.

      The Clerk of the Court is directed to enter the plea.

Dated: January 30, 2008

                                      SO ORDERED:

                                      *Charles L. Brieant*
                                    **CHARLES L. BRIEANT**
                              **UNITED STATES DISTRICT JUDGE**