ROBERT ROGERS
DEPUTY-IN-CHARGE

**UNITED STATES DISTRICT COURT**
SOUTHERN DISTRICT OF NEW YORK
300 QUARROPAS STREET, WHITE PLAINS, N.Y. 10601

WWW.NYSD.USCOURTS.GOV
(914) 390-4000

FILED FEB 08 2008 S.D. W.P. OF N.Y.

-----------------------------------------------------X
United States of America

NOTICE OF REASSIGNMENT

-V-

7: 08-cr-42 (CM)

Garay
-----------------------------------------------------X

Please be advised the above entitled action is reassigned to the calendar of

**UNITED STATES DISTRICT JUDGE: Colleen McMahon**

All future documents submitted in this action shall bear the assigned judge's initials after the case number. If this case is assigned to the Electronic Case Filing (ECF) system, documents must be submitted electronically, and shall also bear the notation "ECF CASE" under the docket number.

**Please be advised the new case manager for this matter is Mr. David Cruz (914-390-4007). All inquiries and courtesy copies of papers should be directed to Mr. Cruz in the White Plains Clerk's Office, and not to Judge McMahon's Manhattan chambers. Judge McMahon's Individual Practices and Sentencing Procedures are available at www.nysd.uscourts.gov\judges.**

The attorney(s) for the plaintiff(s) are requested to serve a copy of the Notice of Reassignment on all defendants.

J. Michael McMahon, CLERK

Dated: February 8, 2008

by: _____
Deputy Clerk

CC:  Attorneys of Record

i:forms\assign\reassign-CM.wpd
WP REASSIGNMENT FORM